THE SHEFFIELD FARMS COMPANY, Appellant, *v.* HORACE S. TUTHILL, Respondent.

*The Sheffield Farms Co.* v. *Tuthill*, 47 App. Div. 628, affirmed.
(Argued October 22, 1901; decided November 12, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 16, 1900, affirming a judgment in favor of plaintiff entered upon a verdict.

*Isaac N. Mills* and *Alger & Simpson* for appellant.

*Arthur C. Butts* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Not sitting: LANDON, J.